# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0326. EARTH BERRY, LLC v. SUNBELT RENTALS, INC.

On May 27, 2022, the trial court granted Sunbelt Rentals, Inc.'s motion for partial summary judgment on defendant Earth Berry, LLC's counterclaim for breach of contract. Earth Berry, LLC filed a notice of appeal on June 29, 2022. We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012); *GMC Group v. Harsco Corp.,* 293 Ga. App. 707, 707 (667 SE2d 916) (2008). Because the appellant filed its notice of appeal 33 days after entry of the order it wishes to appeal, this appeal is untimely. It is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/29/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.